# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-DETROIT

In Re:

**Graham Andrew Davis**
**Christine Gail Davis**

Case No.: 12-53491
Chapter: 7
Judge: Hon. Phillip J. Shefferly

Debtors.
_____ /

## ORDER REOPENING CHAPTER 7 BANKRUPTCY CASE AND WAIVING FILING FEE

The above-referenced case having been closed without the entry of a discharge due to the failure to file Official Form 23, Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management, and the Debtors having moved to reopen the case and for an extension of time to file the Official Form 23 so that a discharge may be entered, and the Court, having reviewed and considered the motion finds cause to reopen the case and to extend the time for the Debtors to file the Official Form 23.

Accordingly, **IT IS HEREBY ORDERED:**

1. That the above-referenced case be reopened and the deadline for the Debtors to file the Official Form 23 is extended 30 days from the date of the entry of this Order.

2. That the filing fee for Debtor's Motion to Reopen the case is waived in the interests of justice.

.

Signed on September 27, 2012

/s/ Phillip J. Shefferly
Phillip J. Shefferly

United States Bankruptcy Judge